# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ROBIN GILL-SAMUEL, § | |
| § | |
| Plaintiff, § | Civil Action No. 0:17-cv-62325-JEM |
| § | |
| v. § | |
| § | |
| BLUESTEM BRANDS, INC. D/B/A § | |
| FINGERHUT, § | |
| § | |
| Defendant. § | |
| § | |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

RESPECTFULLY SUBMITTED,

DATED: January 29, 2018

By: /s/ Amy L. Bennecoff Ginsburg
Amy L. Bennecoff Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 E. Butler Avenue
Ambler, PA 19002
Tel: 215-540-8888
Fax: 215-540-8817
aginsburg@creditlaw.com

Attorney for the Plaintiff

## **CERTIFICATE OF SERVICE**

I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

Bluestem Brands, Inc. d/b/a Fingerhut
7075 Flying Cloud Drive
Eden Prairie MN 55344

Dated: January 29, 2018                    By: /s/ Amy L. Bennecoff Ginsburg
                                           Amy L. Bennecoff Ginsburg, Esq.
                                           Kimmel & Silverman, P.C.
                                           30 E. Butler Avenue
                                           Ambler, PA 19002
                                           Tel: 215-540-8888
                                           Fax: 215-540-8817
                                           aginsburg@creditlaw.com