**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **ROBIN GILL-SAMUEL,** )<br>)<br>　　　　**Plaintiff** )<br>)<br>　　v. )<br>)<br>**BLUESTEM BRANDS, INC. d/b/a** )<br>**FINGERHUT,** )<br>)<br>　　　　**Defendant** ) | Case No.: 0:17-cv-62325-JEM |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

Dated: February 13, 2018　　　　　BY: */s/ Amy L. Bennecoff Ginsburg*
　　　　　　　　　　　　　　　　　Amy L. Bennecoff Ginsburg, Esquire
　　　　　　　　　　　　　　　　　Kimmel & Silverman, P.C.
　　　　　　　　　　　　　　　　　30 East Butler Pike
　　　　　　　　　　　　　　　　　Ambler, PA 19002
　　　　　　　　　　　　　　　　　Phone: (215) 540-8888 ext. 167
　　　　　　　　　　　　　　　　　Facsimile: (877) 788-2864
　　　　　　　　　　　　　　　　　Email: aginsburg@creditlaw.com
　　　　　　　　　　　　　　　　　Attorney for Plaintiff

## Certificate of Service

I hereby certify that on this 13th day of February, 2018, a true and correct copy of the foregoing pleading served via mail to the below:

**Bluestem Brands, Inc. / Fingerhut**
**7075 Flying Cloud Drive**
**Eden Prairie MN 55344**

*/s/ Amy L. Bennecoff Ginsburg*
Amy L. Bennecoff Ginsburg Esquire
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888 ext. 167
Facsimile: (877) 788-2864
Email:aginsburg@creditlaw.com
Attorney for Plaintiff